## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Nelson Omar Carrion Tirado Sr.<br>                    Debtor(s) | CHAPTER 13 |
| JPMorgan Chase Bank, N.A.<br>                    Movant<br>       vs.  | NO. 15-13642 REF |
| Nelson Omar Carrion Tirado Sr.<br>                    Debtor(s) | |
| Frederick L. Reigle Esq.<br>                    Trustee | 11 U.S.C. Section 362 |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant JPMorgan Chase Bank, N.A., reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to exercise its rights under the loan documents relating to

the WDDGF81X09R050595 2009

MERCEDES B C CL.

Signed this           day of           , 2017.

**Date: August 11, 2017**

_____
United States Bankruptcy Judge.

cc: See attached service list