United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 15-13642-ref
Nelson Omar Carrion Tirado, Sr.                                 Chapter 7
Yvonne H Carrion
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: dlv              Page 1 of 2             Date Rcvd: Dec 11, 2017
                             Form ID: 210U          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2017.
```
db/jdb         +Nelson Omar Carrion Tirado, Sr.,    Yvonne H Carrion,    1100 Cotton Street,
                 Reading, PA 19602-2004
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +JPMorgan Chase Bank, N.A.,    201 N Central Ave, Fl 11,    Phoenix, AZ 85004-1071
13533166       +Acs Inc,    Attn: Bankruptcy,    Po Box 56317,    Philadelphia, PA 19130-6317
13533182      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Childrens Place/Citicorp Credit Services,
                 Attn: Citicorp Credit Services,    Po Box 20507,    Kansas City, MO 64195)
13533173       +Cb Accts Inc,    124 Sw Adams St. Suite 215,    Peoria, IL 61602-2321
13533178       +Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
13533183       +Commonwealth Financial,    245 Main Street,    Scranton, PA 18519-1641
13646202       +Mendelsohn and Mendelsohn, P.C.,    637 Walnut Street,    Reading, PA 19601-3524
13584737       +PENNYMAC LOAN SERVICES, LLC,    6101 CONDOR DRIVE SUITE #200,    MOORPARK, CA 93021-2602
13533209        Pennymac Loan Services,    Attn: Bankruptcy,    Po Box 514357,    Los Angeles, CA 90051
13533212        Stellar Recovery Inc,    1327 Highway 2 Wes,    Kalispell, MT 59901
13533213       +Verizon,    500 Technology Dr,    Ste 550,    Weldon Spring, MO 63304-2225
13533214       +Wells Fargo Bank Nv Na,    Attn: Deposits Bankruptcy MAC# P6103-05K,    Po Box 3908,
                 Portland, OR 97208-3908
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             +E-mail/Text: robertsl2@dnb.com Dec 12 2017 01:13:38      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 12 2017 01:13:33
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 12 2017 01:13:40      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13541286         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 12 2017 01:19:50
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13584501         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 12 2017 01:19:54
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13533181        +E-mail/Text: bk.notifications@jpmchase.com Dec 12 2017 01:13:29      Chase auto,
                 Attn: National Bankruptcy Dept,    Po Box 29505,    Phoenix, AZ 85038-9505
13533185        +E-mail/Text: bknotice@erccollections.com Dec 12 2017 01:13:38      Enhanced Recovery Corp,
                 Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13578254         E-mail/Text: bk.notifications@jpmchase.com Dec 12 2017 01:13:29      JPMorgan Chase Bank N.A.,
                 National Bankruptcy Department,    P.O.Box 29505 AZ1-1191,    Phoenix , AZ 85038-9505
13552150         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 12 2017 01:19:49
                 LVNV Funding, LLC its successors and assigns as,    assignee of Springleaf Financial,
                 Services Of Indiana, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13533189         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 12 2017 01:19:50      Lvnv Funding Llc,
                 C/o Resurgent Capi,    Greenville, SC 29603
13533190        +E-mail/Text: Bankruptcies@nragroup.com Dec 12 2017 01:13:51      National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
13533208        +E-mail/PDF: cbp@onemainfinancial.com Dec 12 2017 01:14:32      Onemain Fi,    Po Box 499,
                 Hanover, MD 21076-0499
13533210        +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 12 2017 01:19:50
                 Pinnacle Credit Service,    Attn: Bankruptcy,    Po Box 640,    Hopkins, MN 55343-0640
13533211        +E-mail/Text: Supportservices@receivablesperformance.com Dec 12 2017 01:13:49      Rcvl Per Mng,
                 20816 44th Ave W,    Lynnwood, WA 98036-7744
                                                                                               TOTAL: 14
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13533172          Arcadia Recovery Burea
13533167*        +Acs Inc,    Attn: Bankruptcy,    Po Box 56317,    Philadelphia, PA 19130-6317
13533168*        +Acs Inc,    Attn: Bankruptcy,    Po Box 56317,    Philadelphia, PA 19130-6317
13533169*        +Acs Inc,    Attn: Bankruptcy,    Po Box 56317,    Philadelphia, PA 19130-6317
13533170*        +Acs Inc,    Attn: Bankruptcy,    Po Box 56317,    Philadelphia, PA 19130-6317
13533171*        +Acs Inc,    Attn: Bankruptcy,    Po Box 56317,    Philadelphia, PA 19130-6317
13533174*        +Cb Accts Inc,    124 Sw Adams St. Suite 215,    Peoria, IL 61602-2321
13533175*        +Cb Accts Inc,    124 Sw Adams St. Suite 215,    Peoria, IL 61602-2321
13533176*        +Cb Accts Inc,    124 Sw Adams St. Suite 215,    Peoria, IL 61602-2321
13533177*        +Cb Accts Inc,    124 Sw Adams St. Suite 215,    Peoria, IL 61602-2321
13533179*        +Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
13533180*        +Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
13533184*        +Commonwealth Financial,    245 Main Street,    Scranton, PA 18519-1641
```

```
District/off: 0313-4          User: dlv              Page 2 of 2                   Date Rcvd: Dec 11, 2017
                              Form ID: 210U          Total Noticed: 31


             ***** BYPASSED RECIPIENTS (continued) *****
13533186*       +Enhanced Recovery Corp,    Attention: Client Services,    8014 Bayberry Rd,
                  Jacksonville, FL 32256-7412
13533187*       +Enhanced Recovery Corp,    Attention: Client Services,    8014 Bayberry Rd,
                  Jacksonville, FL 32256-7412
13533188*       +Enhanced Recovery Corp,    Attention: Client Services,    8014 Bayberry Rd,
                  Jacksonville, FL 32256-7412
13533191*       +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
13533192*       +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
13533193*       +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
13533194*       +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
13533195*       +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
13533196*       +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
13533197*       +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
13533198*       +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
13533199*       +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
13533200*       +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
13533201*       +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
13533202*       +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
13533203*       +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
13533204*       +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
13533205*       +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
13533206*       +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
13533207*       +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
                                                                                             TOTALS: 1, * 32, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2017 at the address(es) listed below:
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Nelson Omar Carrion Tirado, Sr.
               tobykmendelsohn@comcast.net
              BRENNA HOPE MENDELSOHN    on behalf of Plaintiff Yvonne H Carrion tobykmendelsohn@comcast.net
              BRENNA HOPE MENDELSOHN    on behalf of Plaintiff Nelson Omar Carrion Tirado, Sr.
               tobykmendelsohn@comcast.net
              BRENNA HOPE MENDELSOHN    on behalf of Joint Debtor Yvonne H Carrion tobykmendelsohn@comcast.net
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              HARRY B. REESE    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              KARROLLANNE  CAYCE    on behalf of Creditor    Pennymac Loan Services, LLC ecfmail@aldridgepite.com,
               kcayce@ecf.inforuptcy.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Defendant    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 14
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Nelson Omar Carrion Tirado, Sr. and Yvonne H Carrion

Case No: 15–13642–ref

    Debtor(s)

___

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 12/11/17

For The Court

Timothy B. McGrath
Clerk of Court

61
Form 210U