United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-13642-ref
Nelson Omar Carrion Tirado, Sr.                                           Chapter 7
Yvonne H Carrion
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa                Page 1 of 2              Date Rcvd: Dec 14, 2017
                              Form ID: 309A             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2017.
```
db/jdb         +Nelson Omar Carrion Tirado, Sr.,    Yvonne H Carrion,    1100 Cotton Street,
                 Reading, PA 19602-2004
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
13533166       +Acs Inc,    Attn: Bankruptcy,    Po Box 56317,    Philadelphia, PA 19130-6317
13533173       +Cb Accts Inc,    124 Sw Adams St. Suite 215,    Peoria, IL 61602-2321
13533178       +Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
13533183       +Commonwealth Financial,    245 Main Street,    Scranton, PA 18519-1641
13646202       +Mendelsohn and Mendelsohn, P.C.,    637 Walnut Street,    Reading, PA 19601-3524
13584737       +PENNYMAC LOAN SERVICES, LLC,    6101 CONDOR DRIVE SUITE #200,    MOORPARK, CA 93021-2602
13533209        Pennymac Loan Services,    Attn: Bankruptcy,    Po Box 514357,    Los Angeles, CA 90051
13533212        Stellar Recovery Inc,    1327 Highway 2 Wes,    Kalispell, MT 59901
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: tobykmendelsohn@comcast.net Dec 15 2017 01:23:38       BRENNA HOPE MENDELSOHN,
                 Mendelsohn & Mendelsohn, PC,    637 Walnut Street,    Reading, PA  19601
tr             +EDI: QLEFELDMAN.COM Dec 15 2017 01:13:00      LYNN E. FELDMAN,    Feldman Law Offices PC,
                 221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg            +E-mail/Text: robertsl2@dnb.com Dec 15 2017 01:24:15      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 15 2017 01:24:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 15 2017 01:24:21       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 15 2017 01:24:12       United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,   Philadelphia, PA 19107-4405
13541286        EDI: AIS.COM Dec 15 2017 01:13:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
13584501        EDI: AIS.COM Dec 15 2017 01:13:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
13533182        EDI: CITICORP.COM Dec 15 2017 01:13:00      Childrens Place/Citicorp Credit Services,
                 Attn: Citicorp Credit Services,    Po Box 20507,    Kansas City, MO 64195
13533181       +EDI: CAUT.COM Dec 15 2017 01:13:00      Chase auto,    Attn: National Bankruptcy Dept,
                 Po Box 29505,    Phoenix, AZ 85038-9505
13533185       +E-mail/Text: bknotice@erccollections.com Dec 15 2017 01:24:14       Enhanced Recovery Corp,
                 Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13578254        EDI: CAUT.COM Dec 15 2017 01:13:00      JPMorgan Chase Bank N.A.,
                 National Bankruptcy Department,    P.O.Box 29505 AZ1-1191,    Phoenix , AZ 85038-9505
13552150        EDI: RESURGENT.COM Dec 15 2017 01:13:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Springleaf Financial,    Services Of Indiana, Inc.,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
13533189        EDI: RESURGENT.COM Dec 15 2017 01:13:00      Lvnv Funding Llc,    C/o Resurgent Capi,
                 Greenville, SC 29603
13533190       +E-mail/Text: Bankruptcies@nragroup.com Dec 15 2017 01:24:46       National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
13533208       +EDI: AGFINANCE.COM Dec 15 2017 01:13:00      Onemain Fi,    Po Box 499,   Hanover, MD 21076-0499
13533210       +EDI: RESURGENT.COM Dec 15 2017 01:13:00      Pinnacle Credit Service,    Attn: Bankruptcy,
                 Po Box 640,    Hopkins, MN 55343-0640
13533211       +E-mail/Text: Supportservices@receivablesperformance.com Dec 15 2017 01:24:41       Rcvl Per Mng,
                 20816 44th Ave W,    Lynnwood, WA 98036-7744
13533213       +EDI: VERIZONEAST.COM Dec 15 2017 01:13:00      Verizon,    500 Technology Dr,   Ste 550,
                 Weldon Spring, MO 63304-2225
13533214       +EDI: WFFC.COM Dec 15 2017 01:13:00      Wells Fargo Bank Nv Na,
                 Attn: Deposits Bankruptcy MAC# P6103-05K,    Po Box 3908,    Portland, OR 97208-3908
                                                                                              TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13533172        Arcadia Recovery Burea
13533167*      +Acs Inc,    Attn: Bankruptcy,    Po Box 56317,    Philadelphia, PA 19130-6317
13533168*      +Acs Inc,    Attn: Bankruptcy,    Po Box 56317,    Philadelphia, PA 19130-6317
13533169*      +Acs Inc,    Attn: Bankruptcy,    Po Box 56317,    Philadelphia, PA 19130-6317
13533170*      +Acs Inc,    Attn: Bankruptcy,    Po Box 56317,    Philadelphia, PA 19130-6317
13533171*      +Acs Inc,    Attn: Bankruptcy,    Po Box 56317,    Philadelphia, PA 19130-6317
13533174*      +Cb Accts Inc,    124 Sw Adams St. Suite 215,    Peoria, IL 61602-2321
13533175*      +Cb Accts Inc,    124 Sw Adams St. Suite 215,    Peoria, IL 61602-2321
13533176*      +Cb Accts Inc,    124 Sw Adams St. Suite 215,    Peoria, IL 61602-2321
13533177*      +Cb Accts Inc,    124 Sw Adams St. Suite 215,    Peoria, IL 61602-2321
13533179*      +Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
13533180*      +Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
```

```
District/off: 0313-4          User: Lisa                 Page 2 of 2                  Date Rcvd: Dec 14, 2017
                              Form ID: 309A              Total Noticed: 33


              ***** BYPASSED RECIPIENTS (continued) *****
13533184*      +Commonwealth Financial,   245 Main Street,    Scranton, PA 18519-1641
13533186*      +Enhanced Recovery Corp,   Attention: Client Services,    8014 Bayberry Rd,
                 Jacksonville, FL 32256-7412
13533187*      +Enhanced Recovery Corp,   Attention: Client Services,    8014 Bayberry Rd,
                 Jacksonville, FL 32256-7412
13533188*      +Enhanced Recovery Corp,   Attention: Client Services,    8014 Bayberry Rd,
                 Jacksonville, FL 32256-7412
13533191*      +National Recovery Agen,   2491 Paxton St,    Harrisburg, PA 17111-1036
13533192*      +National Recovery Agen,   2491 Paxton St,    Harrisburg, PA 17111-1036
13533193*      +National Recovery Agen,   2491 Paxton St,    Harrisburg, PA 17111-1036
13533194*      +National Recovery Agen,   2491 Paxton St,    Harrisburg, PA 17111-1036
13533195*      +National Recovery Agen,   2491 Paxton St,    Harrisburg, PA 17111-1036
13533196*      +National Recovery Agen,   2491 Paxton St,    Harrisburg, PA 17111-1036
13533197*      +National Recovery Agen,   2491 Paxton St,    Harrisburg, PA 17111-1036
13533198*      +National Recovery Agen,   2491 Paxton St,    Harrisburg, PA 17111-1036
13533199*      +National Recovery Agen,   2491 Paxton St,    Harrisburg, PA 17111-1036
13533200*      +National Recovery Agen,   2491 Paxton St,    Harrisburg, PA 17111-1036
13533201*      +National Recovery Agen,   2491 Paxton St,    Harrisburg, PA 17111-1036
13533202*      +National Recovery Agen,   2491 Paxton St,    Harrisburg, PA 17111-1036
13533203*      +National Recovery Agen,   2491 Paxton St,    Harrisburg, PA 17111-1036
13533204*      +National Recovery Agen,   2491 Paxton St,    Harrisburg, PA 17111-1036
13533205*      +National Recovery Agen,   2491 Paxton St,    Harrisburg, PA 17111-1036
13533206*      +National Recovery Agen,   2491 Paxton St,    Harrisburg, PA 17111-1036
13533207*      +National Recovery Agen,   2491 Paxton St,    Harrisburg, PA 17111-1036
                                                                                            TOTALS: 1, * 32, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2017 at the address(es) listed below:
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Nelson Omar Carrion Tirado, Sr.
               tobykmendelsohn@comcast.net
              BRENNA HOPE MENDELSOHN    on behalf of Plaintiff Yvonne H Carrion tobykmendelsohn@comcast.net
              BRENNA HOPE MENDELSOHN    on behalf of Plaintiff Nelson Omar Carrion Tirado, Sr.
               tobykmendelsohn@comcast.net
              BRENNA HOPE MENDELSOHN    on behalf of Joint Debtor Yvonne H Carrion tobykmendelsohn@comcast.net
              HARRY B. REESE    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              KARROLLANNE  CAYCE    on behalf of Creditor    Pennymac Loan Services, LLC ecfmail@aldridgepite.com,
               kcayce@ecf.inforuptcy.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Defendant    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 14
```

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | Nelson Omar Carrion Tirado Sr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN | xxx–xx–4284 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Yvonne H Carrion<br>First Name   Middle Name   Last Name | Social Security number or ITIN | xxx–xx–0525 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed in chapter  13 | 5/22/15 |
| Case number: | 15–13642–ref | Date case converted to chapter  7 | 12/11/17 |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Nelson Omar Carrion Tirado Sr. | Yvonne H Carrion |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1100 Cotton Street<br>Reading, PA 19602 | 1100 Cotton Street<br>Reading, PA 19602 |
| 4. | **Debtor's attorney**<br>Name and address | BRENNA HOPE MENDELSOHN<br>Mendelsohn & Mendelsohn, PC<br>637 Walnut Street<br>Reading, PA 19601 | Contact phone 610–374–8088<br>Email:  tobykmendelsohn@comcast.net |
| 5. | **Bankruptcy trustee**<br>Name and address | LYNN E. FELDMAN<br>Feldman Law Offices PC<br>221 N. Cedar Crest Blvd.<br>Allentown, PA 18104 | Contact phone (610) 530–9285<br>Email:  trustee.feldman@rcn.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                             page 1

Debtor **Nelson Omar Carrion Tirado Sr.** and **Yvonne H Carrion**      Case number **15–13642–ref**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Office Hours: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 12/14/17 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 8, 2018 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**544 Court Street, Reading, PA 19601** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/9/18** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page **2**