**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: NELSON OMAR CARRION-TIRADO  SR   Case No. R:15-bk-13642
      YVONNE H CARRION                §
                                      §
         Debtor(s)                    §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

FREDERICK L REIGLE, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was filed on 05/22/2015.

2) The plan was confirmed on 01/07/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 11/03/2016.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 09/23/2015, 11/16/2017.

5) The case was converted on 12/11/2017.

6) Number of months from filing or conversion to last payment: 26.

7) Number of months case was pending: 30.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,457.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 4,621.50 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 4,621.50 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,526.72 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 394.78 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 2,921.50 |
| Attorney fees paid and disclosed by debtor(s): | $ 625.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN INFOSOURCE LP | Uns | 1,216.00 | 539.69 | 539.69 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 2,686.00 | 2,686.28 | 2,686.28 | 0.00 | 0.00 |
| JP MORGAN CHASE BANK NA | Sec | 16,758.00 | 16,928.45 | 10,500.00 | 1,700.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 2,211.00 | 281.06 | 281.06 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 1,345.00 | 1,319.64 | 1,319.64 | 0.00 | 0.00 |
| PENNYMAC LOAN SERVICES LLC | Sec | 30,552.00 | 30,577.84 | 132.14 | 0.00 | 0.00 |
| MENDELSOHN & MENDELSOHN PC | Lgl | 0.00 | NA | NA | 2,526.72 | 0.00 |
| MENDELSOHN & MENDELSOHN PC | Lgl | 0.00 | NA | NA | 0.00 | 0.00 |
| ACS INC | Uns | 2,210.00 | NA | NA | 0.00 | 0.00 |
| ARCADIA RECOVERY BUREAU | Uns | 900.00 | NA | NA | 0.00 | 0.00 |
| CB ACCTS INC. | Uns | 11,069.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL FINL CONTROL | Uns | 2,452.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS PLACE/CITICORP | Uns | 534.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH FINANCIAL | Uns | 1,239.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Uns | 2,065.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Uns | 148.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY | Uns | 3,017.00 | NA | NA | 0.00 | 0.00 |
| ONEMAIN FIN | Uns | 1,359.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| RCVL PER MNG | Uns | 278.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY INC. | Uns | 712.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NV NA | Sec | 11,329.00 | NA | NA | 0.00 | 0.00 |
| JP MORGAN CHASE BANK NA | Uns | 0.00 | 6,428.46 | 6,428.46 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 132.14 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 10,500.00 | $ 1,700.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 10,632.14 | $ 1,700.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 11,255.13 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 2,921.50 | |
| Disbursements to Creditors | $ 1,700.00 | |
| **TOTAL DISBURSEMENTS:** | | $ 4,621.50 |

UST Form 101-13-FR-S (9/1/2009)

     12)  The Trustee certifies that the foregoing summary is true and complete and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests that the Trustee be discharged and granted such other relief as may be just and proper.

Date:  <u>12/19/2017</u>        By:  <u>/s/ Frederick L. Reigle, Esq.</u>
                                        STANDING CHAPTER 13 TRUSTEE

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.