**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Nelson Omar Carrion Tirado, Sr.<br>Yvonne H. Carrion, aka Yvonne Concepcion<br>　　　　　　　　　　　　　　　　Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC<br>　　　　　　　　　　　　　　　　Movant<br>v.<br>Nelson Omar Carrion Tirado, Sr.<br>Yvonne H. Carrion, aka Yvonne Concepcion<br>　and<br>Lynn E. Feldman, Esquire<br>　　　　　　　　　　　　　　　　Respondents | 15-13642 REF<br><br>Chapter 7 Proceeding<br><br>Hearing Date: 03/08/2018 at 9:30am |

**CERTIFICATE OF NO RESPONSE**
**TO MOTION FOR RELIEF**

　　　　The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on February 16, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **03/03/2018**.

　　　　It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　POWERS KIRN &ASSOCIATES, LLC

　　　　　　　　　　　By:　　**/s/ Jill Manuel-Coughlin, Esquire**
　　　　　　　　　　　　　　　By: Jill Manuel-Coughlin
　　　　　　　　　　　　　　　Attorney ID #　63252
　　　　　　　　　　　　　　　Eight Neshaminy Interplex, Suite 215
　　　　　　　　　　　　　　　Trevose, PA 19053
　　　　　　　　　　　　　　　Telephone: 215-942-2090
　　　　　　　　　　　　　　　Facsimile: 215-942-8661
　　　　　　　　　　　　　　　E-mail: Jill@pkallc.com
　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　DATED: March 6, 2018

16-0916

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Nelson Omar Carrion Tirado, Sr.<br>Yvonne H. Carrion, aka Yvonne Concepcion<br>                                                Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC<br>                                                Movant<br>v.<br>Nelson Omar Carrion Tirado, Sr.<br>Yvonne H. Carrion, aka Yvonne Concepcion<br> and<br>Lynn E. Feldman, Esquire<br>                                                Respondents | 15-13642 REF<br><br>Chapter 7 Proceeding<br><br>Hearing Date:  03/08/2018 at 9:30am |

### CERTIFICATION OF SERVICE AND NOTICE

JILL MANUEL-COUGHLIN, counsel for PENNYMAC LOAN SERVICES, LLC, hereby certifies that a copy of the foregoing Certificate of No Response was served upon the following persons by electronic notification or regular first-class mail, postage prepaid, on March 6, 2018:

*Served Electronically*:

Brenna Hope Mendelsohn, Esquire
637 Walnut Street
 Reading, PA  19601
Attorney for Debtor(s)

Lynn E. Feldman, Esquire
221 N. Cedar Crest Boulevard
Allentown PA  18104
Trustee

*Served Via 1st Class Mail:*

Nelson Omar Carrion Tirado, Sr.
1100 Cotton Street
Reading PA  19602
Debtor

Yvonne H. Carrion, aka Yvonne Concepcion
1100 Cotton Street
Reading , PA   19602
Debtor

POWERS KIRN & ASSOCIATES, LLC

By: **/s/ Jill Manuel-Coughlin, Esquire**
By:  Jill Manuel-Coughlin
Attorney ID #      63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Facsimile: 215-942-8661
E-mail: Jill@pkallc.com
Attorney for Movant
DATED:  March 6, 2018