Certificate Number: 11760-PAE-DE-030720440

Bankruptcy Case Number: 15-13642



11760-PAE-DE-030720440

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 14, 2018, at 4:21 o'clock PM PDT, Yvonne Carrion completed a course on personal financial management given by internet by 123 Debtor.com, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 14, 2018     By:  /s/Jennifer L Walter

Name:  Jennifer L Walter

Title:  Teacher