16-0916

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Nelson Omar Carrion Tirado, Sr.<br>Yvonne H. Carrion, aka Yvonne Concepcion<br>Debtor(s) | 15-13642 REF<br><br>Chapter 7 Proceeding |
| PENNYMAC LOAN SERVICES, LLC<br>Movant<br>v.<br>Nelson Omar Carrion Tirado, Sr.<br>Yvonne H. Carrion, aka Yvonne Concepcion<br>and<br>Lynn E. Feldman, Esquire<br>Respondents | Related to Document #: 71; 72 |

## PRAECIPE TO WITHDRAW MOTION FOR RELIEF

TO THE COURT:

    Movant, PENNYMAC LOAN SERVICES, LLC, respectfully withdraws its Motion for Relief, which was filed on 2/16/2018, at docket #71.

                              POWERS KIRN & ASSOCIATES, LLC

                              By:  **/s/  Jill Manuel-Coughlin, Esquire**
                              Attorney ID# 63252
                              Eight Neshaminy Interplex, Suite 215
                              Trevose, PA 19053
                              Telephone: 215-942-2090
                              E-mail: Jill@pkjllc.com
                              Attorney for Movant

Dated:  March 16, 2018

16-0916

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Nelson Omar Carrion Tirado, Sr.<br>Yvonne H. Carrion, aka Yvonne Concepcion<br>　　　　　　　　　　　　　　　Debtor(s) | 15-13642 REF<br><br>Chapter 7 Proceeding |
| PENNYMAC LOAN SERVICES, LLC<br>　　　　　　　　　　　　　　　Movant<br>v.<br>Nelson Omar Carrion Tirado, Sr.<br>Yvonne H. Carrion, aka Yvonne Concepcion<br>and<br>Lynn E. Feldman, Esquire<br>　　　　　　　　　　　　　　　Respondents | Related to Document #: 71; 72 |

## CERTIFICATION OF SERVICE OF
## PRAECIPE TO WITHDRAW

I, Jill Manuel-Coughlin, Esquire, hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on March 16, 2018:

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was <u>service by electronic notification and first class U.S. mail.</u>

**Parties Served via Electronic Notification:**

Brenna Hope Mendelsohn, Esquire　　　　　　　Lynn E. Feldman, Esquire
637 Walnut Street　　　　　　　　　　　　　　221 N. Cedar Crest Boulevard
Reading, PA  19601　　　　　　　　　　　　　Allentown PA  18104
Attorney for Debtor(s)　　　　　　　　　　　　Trustee

**Parties Serviced via First Class Mail:**

Nelson Omar Carrion Tirado, Sr.
Yvonne H. Carrion
1100 Cotton Street
Reading , PA   19602
Debtor(s)

　　　　　　　　　　　　　　　　　　　POWERS KIRN & ASSOCIATES, LLC

　　　　　　　　　　　　　　　　　　　By:  **/s/  Jill Manuel-Coughlin, Esquire**
　　　　　　　　　　　　　　　　　　　Attorney ID# 63252
　　　　　　　　　　　　　　　　　　　Eight Neshaminy Interplex, Suite 215
　　　　　　　　　　　　　　　　　　　Trevose, PA 19053
　　　　　　　　　　　　　　　　　　　Telephone: 215-942-2090
　　　　　　　　　　　　　　　　　　　E-mail: Jill@pkjllc.com
　　　　　　　　　　　　　　　　　　　Attorney for Movant